**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
EARL G. W.,

                    Plaintiff,                        25 **CIVIL** 7314 (GWG)

      -against-                                **JUDGMENT**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated June 12, 2026, this matter is remanded to the

Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings.

**Dated:**  New York, New York

      June 12, 2026

                                   **TAMMI M. HELLWIG**

                                 _____

                                    **Clerk of Court**

                 **BY:**       _____

                                    **Deputy Clerk**